UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -4 AM 9 16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.    CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 21, 1999<br>**Docket:** # 24<br>[ ] **Plffs**  [x] **Defts**  [ ] **Joint**<br>**Title:** Motion to withdraw | GRANTED. Nonetheless, this will in no matter affect the new schedule agreed by the parties and approved by this court. |

**Date:** September 30, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By_____  #27