UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -4 AM 9:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.                                                                 CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 28, 1999<br>**Docket:** # 22, 23 & 25<br>[x] Plffs  [] Defts  [X] Joint<br>**Title:** Motion for Sanctions and Urgent Motion Requesting Order; Joint Informative Motion and Requesting a Brief Extension of Time in which to Complete Discovery. | The Joint Motion is **GRANTED AS REQUESTED.** (Docket entry #25). The Pre-Trial Conference to be held now on **December 8, 1999 at 3:30 p.m.** Motion for Sanctions and the Urgent Motion for Order (Docket entries # 22 & 23) have turned **MOOT**. |

Date:  September 30, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:          EOD:

By          #28

Ctroom - Dpty.
2