UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT 12 AM 8 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.    CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 6, 1999<br>Docket: # 29<br>[] Plffs  [X] Defts  [] Joint<br>Title: Notice of Appearance and Motion to Reschedule Trial | NOTED. Jury Selection and Trial, **Vacated and Set Aside**. Parties to meet with the court on **October 19, 1999 at 11:00 a.m.** for a **Trial Setting Conference**. |

Date: October 8, 1999

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 30

3