IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, et als.

    Plaintiffs

    v.                             CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., et als.

    Defendants

**MINUTE ORDER**

The Trial Setting Conference set for October 19, 1999 is hereby **RESET** for **October 27, 1999 at 3:30 p.m.**

San Juan, Puerto Rico, this 18th day of October, 1999.

GILBERTO GIERBOLINI
Senior U.S. District Judge