IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, et als.

    Plaintiffs

    v.       CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., et als.

    Defendants

**MINUTES OF PROCEEDINGS**

The parties met with the Court on October 27, 1999, for a Trial Setting Conference. Plaintiff was represented by José Martínez Custodio, Esq. Defendants were represented by Marcelle Martell and Luis Rios, Esqs.

A new schedule was approved by the court as follows:

1. Government to submit report of expert - **November 8, 1999**

2. Dispositive Motions - **February 7, 2000**

3. Pre-Trial Conference - **February 29, 2000 at 3:30 p.m.**

4. Jury Selection - **April 24, 2000 at 2:00 p.m.**

5. Jury Trial - **April 25, 2000 at 9:30 a.m.**

6. Discuss Jury Instructions - **April 26, 2000 at 5:00 p.m.**

The **Clerk of the Court** must notify this minute.

San Juan, Puerto Rico, this 3rd day of November, 1999.

                      FRANCES RIOS DE MORAN, CLERK

                      */s/ Lydia E. Alicea*
                      By: LYDIA E. ALICEA
                          Courtroom Deputy Clerk