UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB 11 AM 7:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.                                                CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORPORATION, ET ALS.
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| Date Filed: February 7, 2000<br>Docket: #33<br>[ ] Plffs  [X] Defts  [ ] Joint<br>Title: Defendant's Emergency Motion for an Extension of Time in which to file a Motion for Summary Judgment | **GRANTED** up and until **February 22, 2000.** |

Date: February 9, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:      EOD:

By:      #34