IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, et als.

    Plaintiffs

v.

    CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., et als.

    Defendants

**MINUTE ORDER**

By order of the Court, the **Pre-Trial Conference** set for February 29, 2000, is **RESET** for **March 30, 2000 at 3:00 p.m.**

San Juan, Puerto Rico, this 25th day of February, 2000.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA E. ALICEA
    Courtroom Deputy Clerk

AO 72A
(Rev.8/82)