UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR -1  AM 8 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.

CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 22, 2000<br>**Docket:** #37<br>[] Plffs  [X] Defts  [] Joint<br>**Title:** Defendant's Motion for Leave to file Exhibits in the Spanish Language | **GRANTED** up and until **March 23, 2000.** |

Date: February 22, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:          EOD:

By:             # 40