# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

CIVIL NO. 98-2013 (GG)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** February 29, 2000<br>**Docket:** #39<br>[X] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion for extension of time to oppose to Motion for Summary Judgment | **GRANTED AS REQUESTED.** |

Date: March 1, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |


