IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, et als.

    Plaintiffs

        v.                        CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., et als.

    Defendants



### ORDER TO SHOW CAUSE

Upon consideration of plaintiffs' "Motion Requesting Additional Time to Respond to Motion for Summary Judgment and Requesting Order", defendants are **ORDERED TO SHOW CAUSE** by **March 20, 2000**, why they should not be ordered to immediately comply with the discovery requests made by plaintiffs since September 21, 1999, and why sanctions should not be imposed for such failure.

**SO ORDERED.**

San Juan, Puerto Rico, this 14th day of March, 2000.

                                      GILBERTO GIERBOLINI
                                      Senior U.S. District Judge