IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, et als.

    Plaintiffs

v.   CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., et als.

    Defendants

**ORDER**

Upon careful review of defendants' motion to show cause, we **VACATE AND SET ASIDE** our order to show cause. It stems from defendants' motion that they have substantially complied with the discovery requests made by plaintiffs. As to the request for the tax returns of Javier Vélez, the same is **DENIED**.

Plaintiffs must file their opposition to defendants' motion for summary judgment by **April 4, 2000**. The **Pre-Trial Conference** scheduled for March 30, 2000, is **RESET** for **April 12, 2000 at 2:30 p.m.**

**SO ORDERED.**

San Juan, Puerto Rico, this 27th day of March, 1999.

GIERBOLINI
Senior U.S. District Judge

AO 72A
(Rev.8/82)