UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.    CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: March 20, 2000<br>Docket: #45<br>[] Plffs  [X] Defts  [] Joint<br>Title: Motion to Join Motion for Summary Judgment | GRANTED. |

Date: March 28, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:    #


