UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR -6 AM 7: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.　　　　　　　　　　　　　　　　　　　　　　　　CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORPORATION, ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** March 31, 2000<br>**Docket:** #49<br>[X] **Plffs**   [] **Defts**   [] **Joint**<br>**Title:** Motion Requesting Order | Plaintiffs must file the opposition to the motion for summary judgment by **April 7, 2000.** If there are documents they will use in their opposition which have not been produced by the defendants, they must identify them. The issue of the pending discovery will be disposed of during the **Pre-Trial Conference** set for **April 12, 2000 at 2:30 p.m.** |

(3)

Date: April 5, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:　　　　　EOD:

By:　　　　　# 50