UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 17 AM 3 04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.                                                         CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 12, 2000<br>**Docket:** #53<br>[X] **Plffs**   [] **Defts**   [] **Joint**<br>**Title:** Motion Resubmitting Part of Plaintiff's Response to Motion for Summary Judgment | **GRANTED.** |

| MOTION | RULING |
|---|---|
| **Date Filed:** April 13, 2000<br>**Docket:** #55<br>[] **Plffs**   [x] **Defts**   [] **Joint**<br>**Title:** Motion for Leave to file Reply | **GRANTED.** |

Date:  April 14, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #56 |

3