IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, et als.
    Plaintiffs

v.

STATE INSURANCE FUND CORP., et als.
    Defendants

CIVIL NO. 98-2013 (GG)

**MINUTES OF PROCEEDINGS**

The parties met with the Court on April 12, 2000, for a Pre-Trial Conference. Plaintiff was represented by José Martínez Custodio, Esq. Defendants were represented by Marcelle Martell and Luis Rios, Esqs.

During the conference, plaintiff handed copies of a motion seeking to amend the Proposed Pre-trial Order, essentially announcing a new witness. Defendants oppose claiming that the motion is untimely and the proposed testimony of the new witness is irrelevant. The parties were notified that the court will take under advisement the pending motion for summary judgment. Accordingly, the Jury Selection and Trial set for April 26 & 27, 2000, respectively, are VACATED AND SET ASIDE. Instead a new Pre-Trial Conference will be held on April 26, 2000 at 2:30 p.m. Defendant's will reply to plaintiffs' opposition to the motion for summary judgment by Friday April 14, 2000.

San Juan, Puerto Rico, this *19* day of April, 2000.

FRANCES RIOS DE MORAN, CLERK

By: _____
Frieda Ramirez
Courtroom Deputy Clerk

AO 72A
(Rev.8/82)