UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.      CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 17, 2000<br>**Docket:** #59<br>[X] **Plffs**   [] **Defts**   [] **Joint**<br>**Title:** Plaintiff's Motion for Leave to file Reply | GRANTED. |

**Date:** April 19, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:          EOD:

By:          #