IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, et als.

    Plaintiffs

        v.                       CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., et als.

    Defendants

**MINUTE ORDER**

By order of the Court, the **Pre-Trial Conference** set for **April 26, 2000 is VACATED AND SET ASIDE.**

San Juan, Puerto Rico, this 25th day of April, 2000.

FRANCES RIOS DE MORAN, CLERK

By: LYDIA E. ALICEA
     Courtroom Deputy Clerk

(3)



AO 72A
(Rev.8/82)