UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 27 AM 7:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.                                    CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 10, 2000<br>**Docket:** #52<br>[X] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Plaintiff's Motion for Leave to file Exhibits in the Spanish Language | **GRANTED until May 12, 2000.** |

**Date:** April 25, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:      EOD:

By:      # 64