RECEIVED & FI
'00 MAY -4 AM 7:
CLERK'S OFFICE
U.S. DISTRICT COU[R]
SAN JUAN, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.    CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

# ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 1, 2000<br>**Docket:** #65<br>[X] **Plffs** [] **Defts** [] **Joint**<br>**Title:** Motion Requesting Exclusion of Documentary Evidence | **DENIED.** Defendants must file the certified translations by **May 12, 2000.** Otherwise, severe monetary sanctions will be imposed. |

Date: May 2, 2000

_____
GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By: no    #66

(3)