```
               IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
                                    *
HECTOR NEGRON TORRES, et als.       *
                                    *
        Plaintiffs                  *
                                    *   CIVIL NO. 98-2013 (GG)
             v.                     *
                                    *
STATE INSURANCE FUND CORP., et als. *
                                    *
        Defendants                  *
* * * * * * * * * * * * * * * * * **
```

ENTERED ON DOCKET 5/10/00 PURSUANT TO FRCP RULES 58 & 79a

## JUDGMENT

Pursuant to the Opinion and Order of even date, granting defendants' motion for summary judgment, the federal claims are **DISMISSED WITH PREJUDICE**. Plaintiffs' pendent state claims are **DISMISSED WITHOUT PREJUDICE**. Judgment is hereby entered accordingly.

**SO ADJUDGED.**

In San Juan, Puerto Rico, this 9th day of May, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge