UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAY 25 AM 7: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.      CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 19, 2000<br>**Docket:** #70<br>[X] Plffs  [] Defts  [] Joint<br>**Title:** Motion Requesting Additional Time to File Documents Translation | **GRANTED AS REQUESTED.** |

Date: May 24, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:       EOD:
By:          # 71