UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

HECTOR NEGRON TORRES, ET ALS.
    Plaintiffs

vs.                                                        CIVIL NO. 98-2013 (GG)

STATE INSURANCE FUND CORP., ET ALS.
    Defendants

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** June 15, 2000<br>**Docket:** #73<br>[x] **Plffs**  [] **Defts**  [] **Joint**<br>**Title:** Motion Requesting Final Term to File Documents Translation | **GRANTED AS REQUESTED.** No further extensions will be granted. |

Date: June 16, 2000

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:    EOD:

By:     #74